UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| v. | : | Crim. No. 02-396 |
| HAMAD S. ALKETBI | : | <u>ORDER FOR DISMISSAL</u> |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Ralph J. Marra, Jr., the Acting United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 02-396, against defendant Hamad S. Alketbi, charging the defendant with conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 371, because further prosecution is not in the interests of the United States at this time.

    This dismissal is without prejudice.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

Dated: 5-26-09